**Order entered August 8, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-17-00734-CV**

## IN RE CHARLES DOUGLAS MITCHELL, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-25173**

## ORDER

Before Justices Francis, Brown, and Whitehill

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the petition for writ of mandamus. We **ORDER** the trial court to make written rulings within fifteen (15) days of the date of this opinion vacating the April 12, 2017 new trial order and vacating the associate judge's May 31, 2017 interim orders. We further **ORDER** the trial court to file with this Court, within thirty (30) days of the date of this order, a certified copy of its order(s) issued in compliance with this order and with the Court's opinion of this date. Should the trial court fail to comply with this order, the writ will issue.

We **LIFT** this Court's July 11, 2017 stay to the extent that the trial court may issue the order(s) necessary to comply with this order and with the Court's opinion of this date.

We **ORDER** the real party in interest Lauren Patrice Hixson to bear the costs, if any, of this original proceeding.


/s/    BILL WHITEHILL
        JUSTICE